■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER TINEO, Appellant. [22 NYS3d 852]—Judgment, Supreme Court, Bronx County (Troy K. Webber, J.), rendered October 4, 2013, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of three years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison term to two years, and otherwise affirmed.

We do not find that defendant made a valid waiver of his right to appeal, and we find the sentence excessive to the extent indicated. Concur—Mazzarelli, J.P., Acosta, Andrias and Moskowitz, JJ.

■ In the Matter of the PEOPLE OF THE STATE OF NEW YORK ex rel. DEVAR HURD, Appellant, v WARDEN, G.R.V.C., RIKER'S ISLAND, Respondent. [22 NYS3d 853]—Appeal from judgment (denominated an order), Supreme Court, New York County (Anthony J. Ferrara, J.), entered on or about August 7, 2014, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously dismissed, without costs, as moot.

This appeal challenging the legality of petitioner's pretrial detention is moot, since he is currently incarcerated as the result of his conviction and sentencing (*People ex rel. Macgiollabhui v Schriro*, 123 AD3d 633 [1st Dept 2014]), and no exception to the mootness doctrine applies (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Concur—Mazzarelli, J.P., Acosta, Andrias and Moskowitz, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REYNALDO QUINONES, Appellant. [22 NYS3d 853]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about August 9, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Acosta, Andrias and Moskowitz, JJ.